PD-0813-15

To: The Honorable COURT OF CRIMINAL APPEALS

NOW COMES Marlo Donta Persons Asking This Honorable Court to accept Ms. Long's Motion For my PDR over my Pro se PDR motion I Did not Know if Ms. Long was in fact Going To File A P.D.R in my behalf Do To A Lack of Communication and misunderstandings! So I now Ask That this Hororable Court of Criminals Appeals Please Accept Ms. Long's Petition for Discretionary Review in my Behalf and Disreguard my Pro se motion for Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

THANK YOU!

Marlo Donta Persons

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk